# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is **2801 West Coast Hwy., Suite 200, Newport Beach, California 92663**

A true and correct copy of the foregoing document entitled (*specify*): **Claimant Sean Toub's Exhibit List** will be served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 27, 2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **November 27, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 27, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside Suite 1682
Los Angeles, California 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 27, 2019 | Capazin Thornton | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY U.S. MAIL**

**Debtor**
Sion Javaheri
2132 Century Park Lane, Unit 307
Los Angeles, CA  90067

**On behalf of Brad D. Krasnoff, Chapter 7 Trustee**
Eric P. Israel
George E. Schulman
Sonia Singh
1901 Avenue of the Stars, Ste. 450
Los Angeles, CA  90067-6006

**On behalf of Defendant Jilla Javaheri, Trustee of the Jilla H. Javaheri Trust dated February 22, 2013**
Steven J. Kahn
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067

**On behalf of Debtor**
Michael S. Kogan
Kogan Law Firm APC
1849 Sawtelle Blvd Ste 700
Los Angeles CA 90025-7012

**Brad D. Krasnoff (TR)**
Brad D Krasnoff (TR)
1901 Avenue of the Stars, Ste. 450
Los Angeles, CA  90067-6006

**On behalf of Defendant Jilla Javaheri**
Mark M. Sharf
221 Paseo de Garcia
Redondo Beach, CA  90277

**On behalf of United States Trustee (LA)**
Hatty K. Yip
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560


Ruben Saidian
1431 Westwood Blvd.
Los Angeles, CA  90024


Ruben Saqidian
2300 Midvale Avenue
Los Angeles, CA  90064

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               **F 9013-3.1.PROOF.SERVICE**